IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

To: A Member of the Bar of the Northern District of Texas Whose Right to Practice Law Before the State Bar of Texas or Fifth Circuit Court of Appeals Has Been Suspended or Revoked

**Standing Order for Counsel to Show Cause
Why This Court Should Not Impose Reciprocal Discipline**

Pursuant to LCR 83.8(a) and (h) and LCrR 57.8(a) and (h), the Court hereby notifies you that it intends to impose reciprocal discipline in the U.S. District Court for the Northern District of Texas unless you show cause why such penalty should not be invoked. Your response must be filed in the case number assigned to this matter, pursuant to the instructions noted below:

1. If this matter relates to an active or partially probated suspension, you must file your response within 14 days of the date this order is filed;

2. If this matter relates to a revocation of your right to practice law by the State Bar of Texas, resignation from the State Bar of Texas in lieu of discipline, or the removal from the roll of attorneys admitted to practice in the Fifth Circuit Court of Appeals, you must file your response within 30 days of the date this order is filed;

3. If you are a registered user of the Electronic Case Files (ECF) system, you may electronically file your response;

4. Whether you file your response electronically or on paper, three duplicate copies must be submitted in the manner required by LCR 5.1(b).

If you do not respond to this notice, or if you respond but do not oppose reciprocal discipline, your sanction in this court will run concurrently with the sanction imposed by the State Bar of Texas or Fifth Circuit Court of Appeals. If you respond and oppose reciprocal discipline, in whole or in part, the Chief Judge or his designee will designate three district judges to hear this matter.

If you are a registered ECF user or have previously consented to receive electronic notice of orders and judgments, the Clerk may serve this Standing Order upon you electronically.

SO ORDERED.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE