**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: AMANDA M PAYTON | § | 3:16-MC-00018-P |

## ORDER

On February 9, 2016, attorney Amanda M Payton ("Counsel") was sanctioned by the State Bar of Texas. On February 18, 2016, pursuant to Local Civil Rules 83.8(a) and (h) and Local Criminal Rules 57.8(a) and (h), this Court issued an order notifying Counsel that it intended to impose reciprocal action in this Court unless Counsel shows cause why such discipline should not be imposed. Counsel did not respond to the notice.

Therefore, it is hereby ORDERED that Counsel is suspended from practicing law in the United States District Court for the Northern District of Texas from February 15, 2016 through March 14, 2016. From March 15, 2016 through February 14, 2018, Counsel's suspension will be probated.

SO ORDERED, this 28th day of March, 2016.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE